# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

**AMERISURE INSURANCE COMPANY AND AMERISURE MUTUAL INSURANCE COMPANY,**

Plaintiffs,

v.

**AMASON & ASSOCIATES, INC.; CORE TUSCALOOSA 519-611 RED DREW, LLC, AND CORE CAMPUS, LLC D/B/A CORE SPACES; ABIGAIL ARON; ADAM ABRAMS;ALBERT HURDLE; ALEXA CHERCHIO;ALEXANDER DAVIS; ALEXANDER SPURR; ALEXANDRA HALLORAN; ALEXANDRA SAMPLE; ALEXIS THILMONY; ALEXIS WYLIE; ALLISON AND IAN HALDIMANN; ALLISON SPINNER; AMY HUNTER; ANATASIA ALEXANDROU; ANDREW CANTORE; ANDREW GLEMSER; ANNA HILLIARD; ANNE ALEXANDROU; ANTHONY GRANDE; ASHLEY ARNOLD; BAILEY WERTZ; BARBARA ELLIAS; BEN SMITH; BETH LIEBOWITZ; BRADIE ELLIAS; BRENT BASHUM; BRIAN AND LARA LONG; BRIANA DINICOLA; BRYAN MCCLURE; BRYCE DUGGAN;**

Case No.:  7:22-cv-00118-ACA

CALLAWAY MCKINNON; CALLI SMITH; CALVERT SMITH; CAMERON MACKINTOSH; CAMRYN DIMSDALE; CARL HUETHER; CAROL GUTHRIDGE; CAROL KAISER; CASSIDDY SMITH; CATHERINE DAVIS; CHANDRA COLLIN-DUGGAN; CHRISTIE GUTHRIDGE; CHRISTINA GORE; CHRISTINE COFFMAN; CHRISTINE GLEMSER; CHRISTOPHER LOZZIO; CHRISTOPHER MAYNARD; COLLEEN LUCKIE; CONNER MCAREE; CRAIG COMSTICK; DANA BASSETT; DAVID ALAN SCHEER; DAVID HALLORAN; DAVID LOZZIO; DAVID MAZZUCCO; DAVID SHORT; DELANEY CLINGER; DEVIN GALLO; DIANE ROSSI AND ROBERT ROSSI; DONNA HAUGH; DOUGLAS MARTIN; DRAKE MCCLURE; ELISABETH DUNBAR; EMILY DARDEN; EMMA RICE; ERIN FOLEY; FRANK HURDLE; GARY HARNUM; GEOFFREY SAMPLE; GEORGANNA PATE; GRACE GILBERT; GREG WANTMAN; GRIFFIN GABBERT; HANNAH FORGAY; HARDAGE MCAREE; HAYDEN LONG; HAYLEE JONES; HEATHER BRADLEY; HELENA DOMENICO; HOPE ROSSI; HUNTER HALDIMANN; IAN CAPOBIAN; IAN WALKER; JACKSON MCKELL; JACQUELINE DARLING;

JAKOB PASSOV; JAMES CARNEY; JAMES JACKSON; JAMES MACKINTOSH; JEFFREY DARLING; JEFFREY HILLIARD; JEFFREY MCKELL; JENNIFER AND DALE SPURR; JENNIFER ARON; JENNIFER DIBIASIO; JENNIFER DILORETO; JENNIFER EDSON; JENNIFER ETKIND; JENNIFER LOZZIO AND CHRISTOPHER LOZZIO; JESLYN REDCROSS; JESSICA SCHEER; JESSICA URIARTE; JOHN BOX; JOHN BRICKLEY; JOHN FOLEY; JONATHAN WOOD; JOSEPH CANTORE; JOSEPH MAURO; JOSEPH MICHAEL KEOUGH AND SUSAN KEOUGH; JOSEPH MICHEL; JOSHUA HOLCOMB; JOSHUA MANSFIELD; JOSIE WALKER; JULIE CLINGERL KARINA BRATKOV; KATE KIZER; KATRINA THILMONY; KAYLEIGH PETERSON; KAYLN PATE; KEITH GABBERT; KELLY HOFFMAN; KELLY KNAPP; KELLY MOORE; KELSEY CURL; KEN SHOCKLEY; KENDALL DECOCKER; KERRY GREEFF; KEVIN JAMES HALL; KIM HATCHETT; KMBERLY AND DAVID MAROTTA; KIMBERLY ATKINS-DAILEY; KIMBERLY CURL; KRISTEN GLOWACKI; KRISTEN LUCKIE AND VINNER SUMMERS; KRISTIN LESTER; KYLE KNAPP; LAURA BRIDGEWATER; LAUREN

KEOUGH; LAYNE MORTON; LETICIA BRANCO; LINDA SMITH; LINDSAY CALLAHAN; LINDSAY MARTIN; LISA DALE; LISA RICE; LIZ FETSCHER; LOGAN HODEL; LOUISE BORNHOFEN; MACKENZIE BRICKLEY; MACKENZIE HALL; MACKENZIE SETTING; MADALYN FRAZIOR; MADELINE SHORT; MADELYN HAUGH; MADISON HORNER; MAKENZIE MAYNARD; MALLORY SMITH; MARC MOLLERE; MARCELA MENEGAZ; MAREN GREGG; MARGARET GODWIN; MARIKO REDCROSS; MARISSA DUNLAP; MARK MCKINNON; MARLEY BENNETT; MARTHA COLLINS; MARY CHERCHIO; MASON WILSON; MATTHEW GILBERT; MATTHEW GREEFF; MATTHEW JONES; MATTHEW MESSER; MATTHEW ROY; MAX KINSBRUNER; MEGAN HARNUM; MEGAN HUETHER; MEGHAN CARNEY; MELANIE CASINO; MELISSA DUFFLOCK; MEREITH CLAUNCH; MIA BOX; MICHAEL BAN; MICHAEL BOGGAN; MICHAEL FERRANTI; MICHAEL FERRANTI; MICHAEL ROGERS; MICHAEL ROWLES; AMY HUNTER; MICHAELA CORCORAN; MICHELLE BEDGOOD; MICHELLE SMITH; MOLLY MOORE; NANCY BUTLER; NANCY FORGAY;

NATALIE CONTE; NATHAN DAILEY; NICHOLAS DIBIASIO; NICHOLAS GEORGAS; NICHOLAS MAZZUCCO; NORAH O'MALLEY; NORMA ARNOLD; NORMAN DAVID EADIE; OLIVER ROWLES; PAIGE MOLLERE; PAMELA BOOTH; PARKER GOODWIN; PATRICK HOFFMAN; PAUL CALLAHAN; RACHEL DWYER; RANDIN KINSBRUNER; RAQUEL GALLO; RAYMOND BAUMRUK; REAGAN GARNER; REAGAN WANTMAN; REBEKKAH MATHENY; RENEE ANTOGNOLI; RENEE URIARTE; RHONDA DWYER; RHONDA WYLIE; ROBBIN SPINNER; ROBERT DUNLAP; ROBERT HORNER; ROBIN GARNER; ROBYN BUTLER; RYAN LOUIS BORNHOFEN; RYAN SHOCKLEY; SAHARA ALLEN; SAMUEL LILLY; SARAH EDSON; SARAH HAMMERS; SCOTT AND DENISE HOLCOMB; SCOTT SUNBAR; SCOTT SETTING; SHANNON O'MALLEY; SHEILA EADIE; SHELBY ETKIND; SHELBY HATCHETT; SPENCER BAUMRUK; SPENCER SMITH; SPENCER WOOD; STACEY HOFFMAN AND PATRICK HOFFMAN; STACI FRAZIOR; STEVEN CONTE; STEVEN MAURO; SUSAN KEOUGH; SUSAN PASSOV; SUZANNE MARIE LILLY; SYDNEY

MORTON; TALIA MAROTTA; TANNER SALHUS; TARYN GRANDE; TERESA DILORETO; THOMAS BRIAN BENNETT; THOMAS MCHUGH; THOMAS C. MCHUGH; TIMOTHY MATHENY; TROY SMITH; TYLER BASSETT; TYLER JACKSON; VINNIE SUMMERS; VLADIMIR BRATKOV; WALKER BASHAM; WENDY KIZER; WILLIAM DIMSDALE; WILLIAM GLOWACKI; YEMI YILMA; YUGING CHEN PETERSON; ZAK SEMERE; AMERICAN FLOORING SERVICES, INC.; AQUA ONE, LLC; BLAKE SOLUTIONS, INC.; CHEYANNE CONTRACTING, INC.; CLASSIC COMMERCIAL EXTERIORS, INC.; DECORATING & COATING APPLICATIONS, INC.; FIRE & SAFETY OF AMERICA, INC.; HALLWAY PLUMBING, LLC; JPO CONTRACTORS, INC.; KLW CONSTRUCTION, INC.; METAL ROOFING SOLUTIONS, INC.; MID SOUTH FLOOR SYSTEMS, INC.; MOTUS CONSTRUCTION, INC.; PARKER ENGINEERING & MECHANICAL, INC.; PREMIER SERVICE COMPANY, INC.; ACADIA INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; AMERICAN BUILDERS INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; AUTO OWNERS

**INSURANCE COMPANY; AXIS SURPLUS INSURANCE COMPANY; BRIT GLOBAL SPECIALTY USA; CONTINENTALWESTERN INSURANCE COMPANY; FCCI INSURANCE COMPANY; NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY; OHIO SECURITY INSURANCE COMPANY; STARR INDEMNITY INSURANCE COMPANY; UNDERWRITER'S AT LLOYD'S OF LONDON; UNITED SPECIALTY INSURANCE COMPANY; U.S. SPECIALTY INSURANCE COMPANY; AND UNITED FIRE & CASUALTY COMPANY**,

**Defendants.**

## VOLUNTARY MOTION TO DISMISS

COMES NOW, the Plaintiffs, Amerisure Insurance Company and Amerisure Mutual Insurance Company ("Amerisure"), and move this Honorable Court to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41.A.(1)(a)(i). No Defendant has served an answer or a motion for summary judgment.

WHEREFORE, premises considered, Plaintiffs ask this Honorable Court to dismiss this matter without prejudice.

                    Respectfully submitted,

                    /s/ Kile T. Turner
                    Kile T. Turner

OF COUNSEL:
Norman, Wood, Kendrick & Turner
Ridge Park Place
1130 22nd Street South
Suite 3000
Birmingham, Alabama  35205
Tel:   (205) 328-6643
Fax:   (205) 251-5479
Direct Line:  (205) 259-1033
Email:  kturner@nwkt.com